IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DWAYNE T. DIXON** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 12-3756** |
| : | |
| **SLOAN D. GIBSON, Acting Secretary** : | |
| **of Veterans Affairs**[*] : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 24th day of June 2014, upon consideration of Defendant's Motion for Summary Judgment and the opposition thereto, and for the reasons stated in the Memorandum Opinion of this date, it is hereby **ORDERED** that the Motion is **GRANTED**. Summary Judgment is **GRANTED** in favor of Defendant and against Plaintiff. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[*] Substituted pursuant to Fed. R. Civ. P. 25(d).